## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ETHAN CLEMENS,

          Appellant

          v.

PENNSYLVANIA STATE POLICE AND
LIEUTENANT COLONEL LISA CHRISTIE
(INDIVIDUALLY AND IN HER CAPACITY
AS LIEUTENANT COLONEL OF THE
PENNSYLVANIA STATE POLICE),

          Appellees

:  No. 14 MAP 2020
:
:
:
:  Appeal from the Order of the
:  Commonwealth Court at No. 59 MD 2018
:  dated February 7, 2020.
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

PER CURIAM:                                **DECIDED: January 20, 2021**

      **AND NOW**, this 20th day of January, 2021, the Order of the Commonwealth Court is AFFIRMED.